**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| MARYANNE GALLAGHER | : | No. 53 MAL 2019 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| M. GALLAGHER & F. MANCUSO | : | |
| PARTNERSHIP, ROBIN MANCUSO | : | |
| DELUNA, JAMIE MANCUSO, FRANK | : | |
| MANCUSO AND CROSS KEYS | : | |
| MANAGEMENT, INC. | : | |
| | : | |
| | : | |
| PETITION OF: ROBIN MANCUSO | : | |
| DELUNA, JAMIE MANCUSO AND | : | |
| FRANK MANCUSO | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of July, 2019, the Petition for Allowance of Appeal is **DENIED**.